**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| MICHAEL MANKINS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 5:25-CV-175-RWS-JBB |
| BDFI, LLC | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On November 26, 2025, Plaintiff Michael Mankins ("Plaintiff") filed suit against BDFI, LLC ("Defendant"), alleging breach of contract related to uncompleted repairs on a home she purchased from Defendant. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636.

On January 13, 2026, Plaintiff filed a motion for entry of default against Defendant on the basis that "there has been a failure to plead or otherwise defend" as provided by Federal Rule of Civil Procedure 55(a). Docket No. 4. The Clerk entered default against Defendant the same day. Docket No. 5. On February 27, 2026, Plaintiff filed a motion for default judgment based on Defendant's alleged breach of contract, requesting that the Court enter an award of $131,632 plus pre-judgment interest dating from August 15, 2019. Docket No. 6. The Court heard oral argument in support of Plaintiff's motion on April 30, 2026. Docket No. 8.

On the same day, the magistrate judge issued a report and recommendation, recommending Plaintiff's motion for default judgment (Docket No. 6) be denied, but without prejudice to refiling following an opportunity to amend the complaint. Docket No. 9 at 1. Specifically, the magistrate judge recommended the Court order that Plaintiff, within twenty (20) days from the date of this

Order, do as follows:

> (1) address whether the Court has diversity of citizenship subject-matter jurisdiction by either **(a)** amending the complaint to allege the citizenship of each member of the limited liability company, or, if unable to do so, **(b)** filing an affidavit setting forth counsel's efforts to determine the identity, and citizenship, of the member(s);

> (2) address statute of limitations in an amended complaint or in a renewed motion for default judgment; and

> (3) amend the complaint, or the form of the proposed order for any refiled motion for default judgment, to clarify the relief sought from Defendant, specifically **(a)** clarifying that she is seeking an award of damages from Defendant, which may be partially satisfied by releasing the Escrow Funds or provide authority for the Court to order the escrow company to release the funds, and **(b)** specifying the pre-judgment interest amount.

*Id.* at 4.

At the hearing, the magistrate judge informed Plaintiff that she had the right to file objections to the recommendations as set forth in the magistrate judge's report and recommendation. *Id.* at 5. Plaintiff waived her objections. *Id.*

The Court received and considered the report and recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct. Accordingly, the report and recommendation of the United States Magistrate Judge (Docket No. 9) is **ADOPTED** as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that Plaintiff's motion for default judgment (Docket No. 6) is **DENIED WITHOUT PREJUDICE** to refiling, consistent with the report and recommendation. It is further

**ORDERED** that Plaintiff shall have **twenty (20) days** from the date of this Order to address the Court's subject-matter jurisdiction, statute of limitations, and form of damages as set forth above. Should Plaintiff elect not to timely file an amended complaint, she should file a Rule 41(a)(1)(A)(i) notice of voluntary dismissal.

So ORDERED and SIGNED this 11th day of May, 2026.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE